No. 733.—Augustin Guillory v. Alexander D. Deville et als.

The statute of 1865, exempting certain property from seizure under execution, is in derogation of common right, and the exemptions from seizure will not be extended to objects not expressly designated in the law.

The prescription of five years cannot be invoked in a case where judgment has been rendered on the note, and execution and garnishment process has issued and judgment against the garnishee has been rendered from which an appeal has been taken by the original judgment debtor. In such a case the note becomes merged in the judgment, and five years prescription does not apply.

APPEAL from the District Court, parish of St. Landry. *Porter, J. Dupre & Garland*, for plaintiff and appellee. *B. A. Martel*, for defendants and appellants.

Ludeling, C. J. The plaintiff, having obtained a judgment against A. D. Deville, caused an execution to be issued against him and garnished J. B. Victorianne. Victorianne acknowledged that he was indebted to A. D. Deville, and there was judgment against him for the sum he confessed to owe.

The defendant, A. D. Deville, in the District Court, alleged that he was entitled to the benefit of the law entitled "an act to exempt from seizure and sale a homestead and other property," adopted on the twenty-second December, 1865, and he urged that no judgment should be rendered against Victorianne, his debtor, for the amount confessed by him, because he, Deville, did not own property to the amount of two thousand dollars, exclusive of the debt seized.

The object of the law is clearly indicated by its title. It is "to exempt from seizure one hundred and sixty acres of ground and the buildings and improvements thereon, *occupied as a residence*, and one work horse, one wagon or cart, one yoke of oxen, two cows and calves, twenty-five head of hogs, or one thousand pounds of bacon, or its equivalent in pork, and, if a farmer, the necessary quantity of corn or fodder for the current year; provided that the property herein described shall not exceed in value two thousand dollars," etc. This statute is in derogation of common right, and must be strictly con-

strued, and the exemption from seizure will not be extended to objects not expressly designated in the law.

The thing seized is not exempted from seizure. · The plea of prescription is untenable. The note was merged in the judgment and we cannot go behind the judgment.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be affirmed and that the appellant pay the costs of appeal.